# EXHIBIT 1



## James Edward Bame #204617
License Status: Active

Address: IPLA P.A., 3580 Wilshire Blvd FL 17, Los Angeles, CA 90010
Phone: 213-384-7200  |  Fax: 213-384-7211
Email: james.bame@iplapa.com  |  Website: Not Available

### More about This Attorney ▼

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/6/1999 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2023 The State Bar of California

