# EXHIBIT 5



# TEK RESOURCES LLC
### Mining & Asset Control

**SECTION 1. Assignment of Asset for Management and Trust.**

[a] *One World Messenger/ Messenger Fintech (Asset Provider)* has assigned their current interest and management responsibility to TEK Resources for control and operation of the K-315 mine and K-150 mine. The mines combined have a total value of $5.2bn consisting of precious metals. These assets are secured under Trustee-Custodian Management for the protection of our investors into the MBM utility coin.

The Metals produced from the mining properties will be immediately segregated into a secure vault storage under selected Trustee-Custodian Management on behalf of One World Messenger / investors, with all-risk insurance policy to fully protect the physical assets.

These managed assets will be designated for repayment of the Fixed Rate Interest Deposits and portions of the mined metals will be liquidated into the commodity market to generate revenue. Full accounting and auditing will be issued on a regular basis based on the sales of the Physical metals and the assets secured under Trustee depository.

**SECTION 2. Security Interest and Notice and Acknowledgment Thereof.**

[a] *To secure and insure to the Beneficiary (FIXED RATE DEPOSIT ACCOUNT INVESTORS)* of the allocated portion of the Asset being Blocked to them for time agreed upon between the Parties, which shall be the duration of the FIXED RATE DEPOSIT ACCOUNT. The Asset Provider hereby reaffirms and ratifies its assignment of management and grant, and hereby further assigns and grants, to the Beneficiary, for the benefit of said Beneficiary (FIXED RATE DEPOSIT ACCOUNT INVESTORS), a security interest in and a lien upon all of the Asset Provider's right, title and interest now or hereafter acquired in relation to the Mining Properties owned, controlled or operated by One World Messenger/ Messenger Fintech

**SECTION 3. Blocked Assets.**

[a] Management hereby affirms that the Asset Provider may not, permit a Subsidiary to, without the prior written consent of the Beneficiary [i] close the Depository account, [ii] remove any of the documents or assets held by Management, [iii] attempt to use said proportion of allocated Assets for the purpose of providing security to any other party other than the Beneficiary, or [iv] issue a new Safe Keeping Receipt to any other party without written approval of the Beneficiary.

[b] Management Trustee and Asset Provider will be notified of all changes, transfers, and/or releases accepted and approved by the Beneficiary regarding the Mining Assets used as a security interest in and lien upon grant by the Asset Provider. After all terms of the contractual agreement have been met the Beneficiary will release Asset Provider of their obligation to the Beneficiary and thus release this Blocked Asset.

*Tek Resources LLC*

*James E. Bame*

James Edward Bame
Attorney

Tek Resource LLC, Registered Address: 745 Ln 36, Burlington, WY 82411 USA - Mailing address: 3580 Wilshire Boulevard, 17th Floor, Los Angeles, CA 90010, USA - Tel: 001 (719) 481-3980 - Filing ID: 2015-000655855

(3-7b)