Lucas Buckley, WSB #6-3997
Melissa K. Burke, WSB #7-5694
HATHAWAY & KUNZ, LLP
2515 Warren Avenue, Suite 500
P.O. Box 1208
Cheyenne, WY 82003-1208
307.634.7723 (telephone)
307.634.0985 (facsimile)
lbuckley@hkwyolaw.com
mburke@hkwyolaw.com

ATTORNEYS FOR DEFENDANTS
TEK RESOURCES LLC, JAMES BAME, AND IPLA P.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RALPH PETER JOHN HENRY, ROCHARD, an individual; and CON SMITH, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ONE WORLD MESSENGER LLC, a Wyoming Limited Liability Company; TEK RESOURCES LLC, a Wyoming Limited Liability Company, JAMES EDWARD BAME, an individual; and IPLA P.A., a California Professional Association, <br><br> Defendants. | Case No. 2:23-cv-00194-ABJ |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT [DOC. NO. 5]**

Defendants Tek Resources LLC, James Edward Bame, and IPLA P.A. ("Defendants"), by and through counsel, HATHAWAY & KUNZ, LLP, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, hereby request an extension of time, until December 12, 2023,

for moving defendants to file their answers or responsive pleadings to *Plaintiffs' Amended Complaint* [Doc. No. 5]. In support of this Motion, Defendants state as follows:

1. Currently, the deadline for these Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint is between November 14, and November 21, 2023 (different service dates). Defendants request additional time to answer or otherwise respond to the Amended Complaint and ask that all Defendants be given the same response date as indicated below.

2. The requested extension will not conflict with any scheduling or other order of the Court.

3. Counsel for Defendants has conferred with counsel for Plaintiffs and there are no objections to the requested extension.

WHEREFORE, Defendants request that they be granted an extension of time up and to December 12, 2023, to serve their responsive pleadings to Plaintiffs' *Amended Complaint*.

DATED this 13th day of November, 2023.

TEK RESOURCES LLC, JAMES EDWARD BAME, AND IPLA P.A., DEFENDANTS

By: */s/ Lucas Buckley*
Lucas Buckley, #6-3997
Melissa K. Burke, #7-5694
HATHAWAY & KUNZ, LLP
P. O. Box 1208
Cheyenne, WY  82003-1208
(307) 634-7723
(307) 634-0985 (fax)
lbuckley@hkwyolaw.com
mburke@hkwyolaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    This is to certify that on the 13th day of November, 2023, a true and correct copy of the foregoing was served upon counsel as follows:

Robert V. Cornish, Jr.                      [✓] CM/ECF
680 South Cache Street, Suite 100      [ ] Fax:
P.O. Box 12200                              [ ] E-mail:
Jackson, WY 83001                    rcornish@rcornishlaw.com
*Attorney for Plaintiffs*

                                             */s/ Candice Hough*
                                             Hathaway & Kunz, LLP