# EXHIBIT 2

**acunha@rcornishlaw.com**

| | |
|---|---|
| **From:** | acunha@rcornishlaw.com |
| **Sent:** | Monday, November 27, 2023 2:43 PM |
| **To:** | ceokentkristensen@gmail.com |
| **Cc:** | 'Robert Cornish, Jr.' |
| **Subject:** | Rochard et al. v. One World et al.; case No. 1:23-cv-00194 |

Mr. Kristensen,

Counsel for Plaintiffs in the above matter received your e-mail to Judge Johnson earlier today. Please be advised that because One World Messenger is a limited liability company, you cannot represent the company in litigation with the court and must hire an attorney. *See Harrison v. Wahatoyas, L.L.C.,* 253 F.3d 552, 556 (10th Cir. 2001) ("[A] corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."); accord *United States v. Lain*, No. 17-CV-113-J, 2018 U.S. Dist. LEXIS 225704, *5 (D. Wyo. Dec. 28, 2018).

Best,
Amanda Cunha

# Amanda Cunha

Attorney, Law Offices of Robert V. Cornish, Jr., PC
32 Mercer Street, 3rd Floor | New York, NY 10013
acunha@rcornishlaw.com | Office: (212) 988-6800 | Fax: (571) 290-6052

*Licensed to practice in New Jersey and Pennsylvania.  Not yet licensed to practice in New York*