**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

RALPH PETER JOHN HENRY ROCHARD,
an individual; and CON SMITH, an
individual,

*Plaintiffs,*

v.

ONE WORLD MESSENGER, a Wyoming
Corporation a/k/a ONE WORLD
MESSENGER LLC; TEK RESOURCES
LLC, a Wyoming Limited Liability
Company; JAMES EDWARD BAME, an
individual; and IPLA P.A., a California
Professional Association.

*Defendants.*

Case No. 2:23-cv-00194-ABJ

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs Ralph Peter John Henry Rochard and Con Smith ("Plaintiffs"), by and through

counsel, respectfully move this Court for leave to file their response to the Order Requiring

Additional Information (the "Order") [ECF No. 56] under seal pursuant to Local Civil Rule 5.1(g)

(the "Motion"). In support of their Motion, Plaintiffs state as follows:

**I.        BACKGROUND**

1.        On July 14, 2026, this Court entered its Order directing Plaintiffs to provide, on or

before July 30, 2026: (1) information regarding other amounts Plaintiffs have received for their

claims, and (2) legal support for Plaintiffs' requested contingency attorney's fees.

2.        To respond to the Court's Order, Plaintiffs must disclose information which is

subject to written contractual confidentiality obligations that restrict disclosure, subject to

exceptions for disclosures required by law or necessary to comply with law. Plaintiffs submit their

1

Motion to comply with both the Court's Order and this confidentiality obligation.

## II.    LEGAL BASIS FOR SEALING

3.    Local Civil Rule 5.1(g) provides, "[a]bsent prior Court authorization or order, no case or documents may be filed under seal or as non-public."

4.    Good cause exists to seal Plaintiffs' response to the Order for the following reasons:

a.    Contractual agreements impose a binding, mutual confidentiality obligation on all parties. Public disclosure on the Court's public docket would constitute a breach of this contractual obligation.

b.    The Defendants to the Agreement are not parties to this motion and are not before the Court on the pending default judgment against One World Messenger. Public disclosure of any agreements with them would prejudice their legitimate confidentiality interests without any corresponding benefit to the judicial process or the public.

c.    The confidential information consists solely of negotiations between private parties in resolution of civil claims. There is no public health, safety, or governmental-accountability interest implicated by these negotiations.

5.    The Tenth Circuit has recognized that parties seeking to file under seal must overcome a presumption in favor of public access to judicial records. *Eugene S. v. Horizon Blue Cross Blue Shield of New Jersey*, 663 F.3d 1124, 1135 (10th Cir. 2011) (citing *Mann v. Boatright*, 477 F.3d 1140, 1149 (10th Cir. 2007). Plaintiffs submit that this presumption is overcome here because: (1) the information proposed for sealing is narrowly limited to terms of a confidential agreement; (2) the filing is a non-dispositive supplemental response submitted at the Court's direction rather than a document filed in connection with a dispositive motion; and (3) a binding

confidentiality agreement protects the information, the breach of which would cause concrete contractual harm.

### III.    IDENTIFICATION OF MATERIAL TO BE SEALED

6.    Plaintiffs seek to file their response to the Court's Order under seal as it contains the following categories of confidential information:

    i.    The existence of a settlement agreement;

    ii.    The total settlement payment amount, if any;

    iii.    The payment schedule, if any;

    iv.    The aggregate payments received to date and remaining unpaid balance, if any;

    v.    The resulting offset calculation showing net damages sought from Defendant One World Messenger after crediting amounts received, if any.

### IV.    CONCLUSION

7.    For the foregoing reasons, Plaintiffs respectfully request that this Court grant them leave to file their response to the Court's Order under seal.

Dated: July 28, 2026            Respectfully Submitted,

**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**

*/s/ Robert V. Cornish, Jr.*
ROBERT V. CORNISH, JR. (WSB# 6-3898)
680 South Cache Street, Suite 100
P.O. Box 12200
Jackson, WY 83001
Office: (307) 264-0535
Email: rcornish@rcornishlaw.com

*Attorney for Plaintiffs*
*Ralph Peter John Henry Rochard and Con Smith*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 28, 2026, I caused to be sent true and correct copies of the foregoing upon Defendant One World Messenger via United States Postal Service mail to its registered agent, Cloud Peak Law Group, P.C., 1095 Sugar View Drive, Suite 100, Sheridan, Wyoming 82801, authorized by appointment or by law to receive service of process for One World Messenger d/b/a One World Messenger LLC.

*/s/ Robert V. Cornish, Jr.*
ROBERT V. CORNISH, JR.